JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARIA TRINIDAD NUNEZ, | ) | No. ED CV 14-00193-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a <u>de</u> <u>novo</u> hearing consistent with the Memorandum Opinion.

DATED: September 3, 2014           /s/
                                   VICTOR B. KENTON
                                   UNITED STATES MAGISTRATE JUDGE